AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANTHONY STAGGS, | ) | Case No. 3:13-cr-00570-HZ-03 |
| *Defendant* | ) | |

## ARREST WARRANT

**ORIGINAL**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Staggs,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Methamphetamine
Felon in Possession of a Firearm

Date: 12/04/2013

City and state: Portland, Oregon

s/S. Sellers
*Issuing officer's signature*

S. Sellers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/04/13, and the person was arrested on *(date)* 12/05/13
at *(city and state)* Portland, OR.

Date: 12/09/13

*Arresting officer's signature*

DUSM Laura Polson
*Printed name and title*